UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:18-cr-00143-JDL |
| | ) |
| AKEEM CRUZ, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION TO REVOKE DETENTION ORDER**

On August 22, 2019, Akeem Cruz entered into a plea agreement with the Government pursuant to which he would plead guilty to one count of conspiracy to distribute and to possess with intent to distribute cocaine base and 100 grams or more of heroin, in violation of 21 U.S.C.A. §§ 841(a)(1), (b)(1)(B), 846 (West 2020) (ECF Nos. 69, 190). I accepted Cruz's guilty plea the same day (ECF No. 191) and he was detained pending sentencing, *see* 18 U.S.C.A. §§ 3142(f)(1)(C), 3143(a)(2) (West 2020), but his sentencing was continued due to the COVID-19 pandemic (ECF Nos. 361, 368). On July 6, 2020, Cruz filed a motion entitled "Motion for Limited Temporary Release," seeking revocation of his detention pursuant to 18 U.S.C.A. § 3145(c) (West 2020) (ECF No. 374). On July 22, 2020, United States Magistrate Judge John H. Rich III held an evidentiary hearing on Cruz's motion (ECF No. 378). At the end of the hearing, the Magistrate Judge denied the motion in a decision rendered orally on the record (ECF No. 390) and, on August 11, 2020, filed a written order incorporating that decision by reference (ECF No. 380).

1

On August 13, 2020, Cruz filed this motion seeking review of the Magistrate Judge's decision pursuant to 18 U.S.C.A. § 3145(b) (West 2020) (ECF No. 382).  I have made an independent examination of the entire record and have conducted a *de novo* review of the Magistrate Judge's detention order.  I concur with the findings and conclusions set forth in the Magistrate Judge's oral decision (ECF No. 390) and written order (ECF No. 380), which I incorporate herein by reference, determining that Cruz has not demonstrated "exceptional reasons" why his detention pending sentencing is inappropriate.  18 U.S.C.A. § 3145(c).

It is therefore **ORDERED** that Cruz's motion for revocation of the Magistrate Judge's detention order (ECF No. 382) is hereby **DENIED**.

**SO ORDERED.**

**Dated this 14th day of September, 2020.**

                                                  /s/ Jon D. Levy
                                        **CHIEF U.S. DISTRICT JUDGE**